UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN TYRELL LUSTER,

Plaintiff,

v.

CALIFORNIA BOARD OF MEDICAL, et al.,

Defendants.

Case No. 26-cv-11413-JST

**ORDER OF DISMISSAL**

On or about October 5, 2026, Plaintiff commenced this action by filing the civil rights complaint docketed at Dkt. No. 1. Dkt. No. 1. That same day, the Court informed Plaintiff that his *in forma pauperis* application was deficient because it lacked the required copy of Plaintiff's Certificate of Funds in Prisoner's Account form completed and signed by an authorized officer at his correctional facility, and lacked the required copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 2. The Court ordered Plaintiff to submit a complete *in forma pauperis* application by November 3, 2026, and informed Plaintiff that failure to comply with this deadline would result in the action being dismissed without prejudice. Dkt. No. 2. Plaintiff has not submitted the required documents, and the deadline for doing so has passed.

//

//

//

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED.**

Dated: November 17, 2026

JON S. TIGAR
United States District Judge